Nathaniel Clark (SBN 276621)
*nathaniel.h.clark@gmail.com*
Seaton Tsai (SBN 271408)
*seaton.tsai@gmail.com*
444 South Flower Street #2300
Los Angeles, California 90017
Telephone: (626) 673-5180
*ATTORNEYS FOR PLAINTIFF JOSHUA BERGHOUSE*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BERGHOUSE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CAPITAL PROCESSING NETWORK, LLC, a Texas corporation; PIVOTAL PAYMENTS, INC., a Delaware corporation; PHILIP FAYER, an individual, and and DOES 1-10, <br><br> Defendants. | Case No. 15-cv-00376-TLN-EFB <br><br> [The Hon. Troy L. Nunley] <br><br> **PLAINTIFF JOSHUA BERGHOUSE'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)** |

///
///
///
///
///

**PLAINTIFF BERGHOUSE'S NOTICE OF VOLUNTARY DISMISSAL**

NOTICE OF HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Joshua Berghouse hereby voluntarily dismisses with prejudice the above-entitled action against all defendants in this action.  This notice of dismissal is being filed with the Court before service by Defendant of either an answer or motion for summary judgment.

Dated:  April 16, 2015

>  */s/Nathaniel Clark*
>  Nathaniel Clark, Esq.
>  Seaton Tsai, Esq.
>  ATTORNEYS FOR PLAINTIFF JOSHUA BERGHOUSE

**PLAINTIFF BERGHOUSE'S NOTICE OF VOLUNTARY DISMISSAL**